**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-4801**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEMOND MCCRAVY,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., District Judge. (CR-99-433)

─────────────

Submitted: April 13, 2000          Decided: April 19, 2000

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Benjamin Thomas Stepp, Assistant Federal Public Defender, Green-ville, South Carolina, for Appellant. Harold Watson Gowdy, III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Demond McCravy appeals from his conviction and sentence imposed for armed bank robbery and brandishing a firearm during a violent crime. McCravy's attorney has filed a brief in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967), concluding that there are no meritorious grounds for appeal, but raising the issues of whether the district court complied with Fed. R. Crim. P. 11 when it accepted McCravy's guilty plea and whether the district court properly applied the United States Sentencing Guidelines to the factual findings made at sentencing. Although McCravy was informed of his right to file a supplemental brief, he has not done so.

Our review of the record reveals that the district court complied with Rule 11 and properly applied the Sentencing Guidelines in its imposition of sentence. Pursuant to <u>Anders</u>, this court has reviewed the record for potential error and has found none. Accordingly, we affirm.

This court requires that counsel inform his client, in writing, of the right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument,

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED